IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FEB 1 0 2000

**ANGELA FOX**

v.

**UNITED ARTISTS THEATER CIRCUIT, INC.**

\*
\*
\*
\*
\*

Civil No. __WMN-98-2167__

\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF JUDGMENT

The jury having returned a verdict in favor of the plaintiff, **Angela Fox**, against the defendant, **United Artists Theater Circuit, Inc.**, it is, this _10th_ day of _February_ 2000,

**ORDERED**

1. Judgment is entered in favor of **Angela Fox** against **United Artists Theater Circuit, Inc.** in the amount of $ _206,640.00_ for past lost earnings and $103,320.00 for non-economic damages; and

2. Any and all prior rulings made by this court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

_____
JAMES K. BREDAR
UNITED STATES MAGISTRATE JUDGE